# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Daniel Ian Weiner

                Plaintiff,

v.                                        Case No.: 1:22–cv–07239
                                                      Honorable Edmond E. Chang

Brendan F. Kelly, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 6, 2023:

    MINUTE entry before the Honorable Edmond E. Chang: The Defendant's unopposed extension motion to respond to the complaint [10] is granted to 03/30/2023. The tracking status hearing of 03/17/2023 is reset to 04/14/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file another status report by 04/07/2023, proposing a discovery schedule if an answer has been filed (using the joint initial status report template) or a briefing schedule if a dispositive motion has been filed. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.