**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Daniel Ian Weiner | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 22 cv 7239 |
| | ) | |
| vs. | ) | Hon. Edmond E. Chang |
| | ) | Presiding Judge |
| | ) | |
| Brendan F. Kelly, *et al.,* | ) | Hon. Gabriel A. Fuentes |
| | ) | Magistrate Judge |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, Brendan F. Kelly and Elizabeth Leahy ("Defendants"), by and through their attorney, Kwame Raoul, Attorney General of Illinois, respectfully move for a 30-day extension of time to file an answer or otherwise plead, until April 28, 2023. In support of this unopposed motion Defendants state as follows:

1. Defendants' responsive pleading was originally due January 27, 2023. The Court previously granted extensions of time until March 2, 2023, ECF No. 9, and March 30, 2023. ECF No. 11.

2. The parties are engaged in settlement discussions and need additional time to continue these negotiations. Given these ongoing discussions, Defendants request an additional 30-day extension of time to file their responsive pleading.

3. Plaintiff does not oppose this request for an extension of time.

Wherefore, Defendants respectfully request that the Court grant their unopposed motion to extend their deadline to file their response to the Complaint by 30 days to April 28, 2023.

Dated: April 6, 2023

KWAME RAOUL
Attorney General of Illinois

Respectfully submitted,

/s/ *Marci L. Sahinoglu*
Marci L. Sahinoglu
Assistant Attorney General
100 W. Randolph, 13th floor
Chicago, Illinois 60601
Tel: (312) 814-3131
marci.sahinoglu@ilag.gov