**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Daniel Ian Weiner | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  22 cv 7239 |
| | ) | |
| vs. | ) | Hon. Edmond E. Chang |
| | ) | Presiding Judge |
| | ) | |
| Brendan F. Kelly, *et al.*, | ) | Hon. Gabriel A. Fuentes |
| | ) | Magistrate Judge |
| Defendants. | ) | |


**DEFENDANTS' MOTION FOR LEAVE TO FILE THEIR UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD *INSTANTER***

Defendants, by their attorney Kwame Raoul, the Illinois Attorney General, respectfully move this Court for leave to file *instanter* their Unopposed Motion for Extension of Time to File Answer or Otherwise Plead.

1.  Defendants' deadline to answer or otherwise plead was March 30, 2023.

2.  The parties are engaged in settlement discussions, and Defendants seek an extension of time to answer or otherwise plead to allow those discussions to continue.

3.  Defendants seek leave to file their Unopposed Motion for Extension of Time to Answer or Otherwise Plead *instanter*.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court grant them leave to file their Unopposed Motion for Extension of Time to Answer or Otherwise Plead, filed contemporaneously herewith.

Respectfully submitted,

KWAME RAOUL
*Attorney General*
*State of Illinois*

/s/ Marci L. Sahinoglu
MARCI L. SAHINOGLU
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3131
Marci.sahinoglu@ilag.gov

Dated:  April 6, 2023

2